# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Susquehanna Nuclear, LLC, | ) |
| *Petitioner*, | ) ) ) |
| v. | ) No. 25-60019 |
| Federal Energy Regulatory Commission, | ) ) ) ) |
| *Respondent*. | ) ) |

## NOTICE OF INTERVENTION
## OF VISTRA CORP.

Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure, Fed. R. App. P. 15(d), and Rule 15.3.3(a) of the Circuit Rules of this Court, 5th Cir. R. 15.3.3(a), Vistra Corp. ("Vistra") respectfully submits this notice of intervention in this proceeding, to participate as intervenor in support of petitioner, Susquehanna Nuclear, LLC ("Petitioner").

On January 15, 2025, Petitioner filed with this Court a petition for review of the following Federal Energy Regulatory Commission ("FERC") orders:

(1)   *PJM Interconnection, L.L.C.*, 189 FERC ¶ 61,078 (2024);

(2)   *PJM Interconnection, L.L.C.*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration (Dec. 23, 2024).

This notice is timely filed because it is submitted within thirty days of the filing of the petition for review in this case.  Fed. R. App. P. 15(d).

Vistra was a Party to, and actively participated in, the FERC proceeding giving rise to the orders on review. Vistra opposes FERC's orders and hereby intervenes in support Petitioner. Vistra's interest in this case is substantial and cannot be adequately represented by any other party. Accordingly, this notice "confers petitioner . . . status on [Vistra] as to all proceedings." 5th Cir. R. 15.3.3(a).

                                          Respectfully submitted,

                                          */s/ Nicholas M. Gladd*

                                          Nicholas M. Gladd
                                          Steven G. Boughton
                                          WILSON SONSINI GOODRICH & ROSATI
                                          1700 K Street NW
                                          Fifth Floor
                                          Washington, DC 20006
                                          (617) 598-7871
                                          ngladd@wsgr.com
                                          sboughton@wsgr.com

                                          *Counsel for Vistra Corp.*

Dated: February 12, 2025.

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Susquehanna Nuclear, LLC, | ) |
| *Petitioner*, | ) |
| v. | ) No. 25-60019 |
| Federal Energy Regulatory Commission, | ) |
| *Respondent*. | ) |

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that—in addition to the persons and entities listed in Susquehanna Nuclear, LLC's Certificate of Interested Persons—the following listed persons and entities as described in the fourth sentence of Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

Under Fed. R. App. P. 26.1, Vistra Corp. states that it is a nongovernmental corporation that is publicly traded on the New York Stock Exchange (NYSE: VST). Through its subsidiaries, Vistra produces and sells electric energy, capacity, and ancillary services in key U.S. markets, including in PJM. The Vanguard Group, Inc. holds 10 percent or more of Vistra's stock.

| **Entity** | **Connection and Interest** |
|---|---|
| Susquehanna Nuclear, LLC | Petitioner |
| Vinson & Elkins LLP | Counsel to Susquehanna Nuclear, LLC |
| Jeremy C. Marwell | Counsel to Petitioner |
| William S. Scherman | Counsel to Petitioner |
| James T. Dawson | Counsel to Petitioner |
| Vistra Corp. | Intervenor in support of Petitioner |
| Wilson Sonsini Goodrich & Rosati, P.C. | Counsel for Vistra Corp. |
| Nicholas M. Gladd | Counsel for Vistra Corp. |
| Steven G. Boughton | Counsel for Vistra Corp. |

Dated: February 12, 2025.

Nicholas M. Gladd
WILSON SONSINI GOODRICH & ROSATI
1700 K Street NW
Fifth Floor
Washington, DC 20006
(617) 598-7871
ngladd@wsgr.com

*Attorney of Record for Vistra Corp.*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| Susquehanna Nuclear, LLC, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | No. 25-60019 |
| | ) | |
| Federal Energy Regulatory Commission, | ) ) ) | |
| | ) | |
| *Respondent*. | ) | |

## CERTIFICATE OF SERVICE

I certify that on February 12, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the Court's CM/ECF system. I certify that all parties to this case are registered CM/ECF users and that service will be accomplished via the CM/ECF system in accordance with Fed. R. App. P. 25 and 5th Cir. R. 25.2.5.

Dated: February 12, 2025.

*/s/ Steven G. Boughton*
Steven G. Boughton
WILSON SONSINI GOODRICH & ROSATI
1700 K Street NW
Fifth Floor
Washington, DC 20006
(202) 973-8924
sboughton@wsgr.com

*Counsel for Vistra Corp.*