# In the United States Court of Appeals for the Fifth Circuit

| | |
|---|---|
| Susquehanna Nuclear, LLC,<br><br>*Petitioner*,<br><br>v.<br><br>Federal Energy Regulatory Commission,<br><br>*Respondent*. | No. 25-60019 |

## Unopposed Motion to Govern of Respondent Federal Energy Regulatory Commission

On February 25, 2025, this Court granted Respondent Federal Energy Regulatory Commission's ("Commission" or "FERC") motion to hold the above-captioned appeal in abeyance until the earlier of April 30, 2025, or FERC's issuance of an order on rehearing in the agency proceeding here on judicial review. The Commission committed to filing a motion to govern further proceedings within 21 days thereafter.

On April 10, the Commission issued its rehearing order in this matter. *See PJM Interconnection, L.L.C.*, 191 FERC ¶ 61,025. Accordingly, the Commission now files this motion to govern the above-captioned appeal, which reflects the outcome of discussions with the parties. The Commission proposes to file the

agency record index by May 16, 2025. Further, the parties will propose a briefing schedule for the Court's consideration by May 19, 2025. These dates account for the possibility that a party could seek agency rehearing of the April 10 rehearing order within 30 days of issuance of that order. *See* 16 U.S.C. § 825*l*(a).

Counsel for the Commission has contacted counsel for Petitioner Susquehanna Nuclear, LLC and Intervenors Vistra Corporation, American Electric Power Service Corporation, Exelon Corporation, and PPL Electric Utilities Corporation. All parties do not oppose this proposal.

Accordingly, the Commission respectfully requests that the Court set a deadline for filing the agency record index of May 16, 2025, and a deadline for the parties to file a briefing proposal of May 19, 2025.

Respectfully submitted,

Robert H. Solomon
Solicitor

*/s/ Jared B. Fish*
Jared B. Fish
Attorney

Federal Energy Regulatory
 Commission
Washington, DC 20426
Tel.: (202) 502-8101
Email: jared.fish@ferc.gov

May 1, 2025

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this motion contains 244 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Equity A 14-point font using Microsoft Word 365.

                                              */s/ Jared B. Fish*
                                              Jared B. Fish
                                              Attorney

Federal Energy Regulatory
  Commission
Washington, DC 20426
Tel.: (202) 502-8101
Email: jared.fish@ferc.gov

May 1, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                 */s/ Jared B. Fish*
                                                 Jared B. Fish
                                                 Attorney

Federal Energy Regulatory
   Commission
888 First Street, NE
Washington, D.C.  20426
Tel.:  (202) 502-8101
Email: jared.fish@ferc.gov