# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 05, 2025

Mr. James T. Dawson
Vinson & Elkins, L.L.P.
2200 Pennsylvania Avenue, N.W.
Suite 500, W.
Washington, DC 20037

Mr. Jeremy Charles Marwell
Vinson & Elkins, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

Mr. Garrett Meisman
Vinson & Elkins, L.L.P.
845 Texas Avenue
Suite 4700
Houston, TX 77002-5248

Mr. William S. Scherman
Vinson & Elkins, L.L.P.
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, DC 20037

      No. 25-60019    Susquehanna Nuclear v. FERC
                        Agency No. 189 FERC 61,078

Dear Counsel,

We have filed the certified list. Pursuant to the May 20, 2025 court order, PETITIONER'S BRIEF IS DUE WITHIN 60 DAYS FROM THE DATE ABOVE, See Fed. R. App. P. and 5th Cir. R. 28, 30 and 31. Except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 40 days in agency cases. See also Fed. R. App. P. 30.1.2 and Fed. R. App. P. 31.1 to determine if you have to file electronic copies of the brief and record excerpts, and the Portable Document Format (PDF) you MUST use. See also Fed. R. App. P. 30.1 for the contents of the Record Excerpts which are filed instead of an appendix. You may access our briefing checklist on the Fifth Circuit's website "http://www.ca5.uscourts.gov/docs/

default-source/forms-and-documents---clerks-office/rules/brchecklist.pdf". An intervenor's time is governed by Fed. R. App. P. 31.2. Fed. R. App. P. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see Fed. R. App. P. 30.2. Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

**Brief Template:** The clerk's office provides brief templates and a tool to check briefs for potential deficiencies before docketing. To access these resources, log in to CM/ECF and select 'Brief Template' (Counsel Only) or 'PDF Check Document' from the Utilities menu or the "Attorney Toolbox".

**Reminder Regarding Sealed Documents:** Our court presumes the public has a right to court records, and request to seal pleadings, record excerpts, or other documents must be justified with particularity. Simply stating that the originating court sealed the matter is insufficient. Counsel is responsible for justifying a request to file under seal, as well as for notifying the court when sealing is no longer necessary. An unopposed motion to seal does not relieve counsel of the obligation to justify the motion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Enclosure(s)

cc w/encl:
    Mr. Stan Berman
    Mr. Steven G. Boughton
    Mr. Shannen Wayne Coffin
    Mr. Jared Fish
    Mr. Nicholas M. Gladd
    Ms. Marnie A. McCormick
    Mr. Robert Harris Solomon

_____

Case No. 25-60019

_____

_____

No. 25-60019
consolidated with
No. 25-60264

_____

Susquehanna Nuclear, L.L.C.,

        Petitioner

v.

Federal Energy Regulatory Commission,

        Respondent