Case No. 25-60019
Consolidated with Case No. 25-60264

===

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

SUSQUEHANNA NUCLEAR, L.L.C.,

*Petitioner*,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent.*

**CORRECTED
MOTION OF INTERVENORS EXELON AND AEP
TO DISMISS OR TRANSFER**

**[Counsel Listed on the Following Page]**

Stan Berman
Berman and Todderud LLP
3502 Fremont Avenue N.
Seattle, WA 98103
Phone: (206) 279-3193
Email: stan@btlawllp.com

*Attorney for Respondent-Intervenor*
*Exelon Corporation*

Marnie A. McCormick
Duggins Wren Mann & Romero, LLP
600 Congress Ave., Ste. 2700 (78701)
P.O. Box 1149
Austin, Texas 78767-1149
Phone: (512) 744-9300
Email:  mmccormick@dwmrlaw.com

*Attorney for Respondent-Intervenor*
*American Electric Power Service Corporation*

## CERTIFICATE OF INTERESTED PERSONS
### Fed. R. App. P. 26.1; 5TH Cir. R. 28.2.1

*Susquehanna Nuclear, L.L.C. v. FERC* (Nos. 25-60019 and 25-60264)

The undersigned counsel of record certify that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1.    ***Exelon Corporation***.    (Respondent-Intervenor in support of FERC) (NYSE: EXE) Exelon Corporation is a publicly traded company. It has no parent corporation and no person or entity owns more than 10% of the outstanding shares of Exelon Corporation stock. Its transmission owning subsidiaries are:

**Atlantic City Electric Company**
**Baltimore Gas and Electric Company**
**Commonwealth Edison Company**
**Delmarva Power & Light Company**
**PECO Energy Company**
**Potomac Electric Power Company**

2.    ***American Electric Power Service Corporation.*** (Respondent-Intervenor in support of FERC) ("AEP"). AEP is a subsidiary of **American Electric Power Company, Inc.**, a publicly traded utility holding company (NASDAQ:AEP).[1]

---

[1] American Electric Power Company, Inc. has no parent company. Certain institutional investors including Vanguard may from time to time hold 10 percent or

AEP's transmission owning affiliates and other affiliates operating in PJM which are financially interested in the outcome of this litigation are:

**Appalachian Power Company**
**Indiana Michigan Power Company**
**Kentucky Power Company**
**Kingsport Power Company**
**Ohio Power Company**
**Wheeling Power Company**
**AEP Appalachian Transmission Company, Inc.**
**AEP Indiana Michigan Transmission Company, Inc.**
**AEP Kentucky Transmission Company, Inc.**
**AEP Ohio Transmission Company, Inc.**
**AEP West Virginia Transmission Company, Inc.**
**AEP Energy Partners, Inc.**

3.    *Maryland Office of People's Counsel*.   (Respondent-Intervenor in support of FERC).    Maryland Office of People's Counsel ("MPC") is a governmental agency to which Fed. R. App. P. 26.1; 5TH Cir. R. 28.2.1 do not apply.

4.    Others:

**Advanced Energy Management Alliance** (intervenor at FERC) is a non-profit trade association.

**AES Clean Energy Development, LLC** (intervenor at FERC) is a wholly owned subsidiary of the AES Corporation.

**AES Corporation, The** ("AES").  AES is a publicly traded energy company (NYSE: AES).

---

more of the outstanding shares of American Electric Power Company, Inc. but to American Electric Power Company, Inc.'s knowledge no publicly held company has a 10 percent or greater ownership interest in American Electric Power Company, Inc.

**Allegheny Electric Cooperative, Inc.** (intervenor at FERC) is an electric generation and transmission cooperative that generates electricity for its member electric cooperatives.

**Amazon Energy LLC** (intervenor at FERC) is a subsidiary of Amazon.com, Inc.

**Amazon Web Services, Inc.** is a subsidiary of Amazon.com, Inc.

**Amazon.com, Inc.** is a publicly traded company (NASDAQ: AMZN).

**American Clean Power Association** (intervenor at FERC) is a national trade group representing a wide range of companies within the clean energy industry.

**American Municipal Power, Inc.** (intervenor at FERC) is a non-profit wholesale power supplier and services provider.

**Buckeye Power, Inc.** (intervenor at FERC) is a non-profit corporation that provides wholesale electric service to its cooperative members.

**Calpine Corporation** (intervenor at FERC) is a privately held generator of electricity.

**Canada Pension Plan Investment Board** operates as an investment management company managing the fund of the more than 22 million contributors and beneficiaries of the Canada Pension Plan.

**Consolidated Edison, Inc.** is a publicly traded energy company (NYSE: ED).

**Constellation** Energy **Corporation** is a publicly traded energy company (NASDAQ:CEG).

**Constellation Energy** Generation**, LLC** (intervenor at FERC) is a wholly owned subsidiary of Constellation Energy Corporation.

**Cordelio Services LLC** (intervenor at FERC) is a wholly owned subsidiary of the Canada Pension Plan Investment Board.

**Crete Energy Venture, LLC** (intervenor at FERC) is owned by Earthrise Energy, a privately held company, and operates a power generation facility located in Crete, Illinois.

**Dawson, James T.** (counsel for Susquehanna Nuclear, LLC).
**Dayton Power and Light Company, The** (k/n/a AES Ohio) (intervenor at FERC) is a wholly owned subsidiary of the AES Corporation.

**DC Energy, LLC** (intervenor at FERC) is a privately held company that specializes in proprietary trading within the energy markets.

**Decker, John** (counsel for Susquehanna Nuclear, LLC)

**Dentons US LLP** (counsel for Amazon Energy LLC).

**Dominion** Energy**, Inc.** is a publicly traded producer and distributor of energy (NYSE: D).

**Dominion** Energy **Services, Inc.** (intervenor at FERC) is a wholly owned subsidiary of Dominion Energy, Inc.

**Duke Energy Carolinas, LLC** (intervenor at FERC) is a wholly owned subsidiary of Duke Energy Corporation.

**Duke Energy Corporation** (intervenor at FERC) is a publicly traded electric power and natural gas holding company (NYSE: DUK).

**Duke Energy Indiana, LLC** (intervenor at FERC) is a wholly owned subsidiary of Duke Energy Corporation.

**Duke Energy** Kentucky**, Inc.** (intervenor at FERC) is a wholly owned subsidiary of Duke Energy Corporation.

**Duke Energy** Ohio**, Inc.** (intervenor at FERC) is a wholly owned subsidiary of Duke Energy Corporation.

**Duke** Energy **Progress, LLC** (intervenor at FERC) is a wholly owned subsidiary of Duke Energy Corporation.

**Duquesne Light Company** (intervenor at FERC) is an electric services provider and is a subsidiary of Duquesne Light Holdings, Inc., which is a subsidiary of subsidiary of DQE Holdings LLC, a private equity consortium.

**Electric Power Supply Association** (intervenor at FERC) is the national trade association representing America's competitive power suppliers.

**Enchanted Rock, LLC** (intervenor at FERC) is a private technology company that provides electrical resiliency services to protect communities, critical infrastructure, and businesses from power outages.

**Eversheds Sutherland (US) LLP** (counsel for Fairless Energy, L.L.C.).

**Fairless Energy, L.L.C.** (intervenor at FERC) is owned by Lotus Infrastructure Partners.

**Federal Energy Regulatory Commission** (Respondent).

**Illinois Commerce Commission** (intervenor at FERC).

**International Transmission Company** (intervenor at FERC) is a wholly owned subsidiary of ITC Holdings Corp.

**ITC Great Plains, LLC** (intervenor at FERC) is a wholly owned subsidiary of ITC Holdings Corp.

**ITC Midwest LLC** (intervenor at FERC) is a wholly owned subsidiary of ITC Holdings Corp.

**ITC Holdings Corp.** is a publicly traded electricity transmission company (NYSE:ITC). All shares of outstanding common stock of ITC Holdings Corp. are held by its parent company, ITC Investment Holdings Inc., which is an indirect subsidiary of Fortis Inc., a publicly traded company in Canada and the United States (TSX:FOR) (NYSE:FOR).

**Klondike Digital Infrastructure LLC** (intervenor at FERC) is a power and digital infrastructure company owned by New Fortress Energy Inc.

**Lincoln Generating Facility, LLC** (intervenor at FERC) is owned by Earthrise Energy, a privately held company, and operates a natural gas-fired power plant in Manhattan, IL.

**Lotus Infrastructure Partners** is a private equity firm that specializes in energy infrastructure investments.

**LS Power Development, LLC** (intervenor at FERC) is a privately owned development, investment, and operating company focused on power generation, electric transmission and energy infrastructure.

**Marwell, Jeremy C.** (counsel for Susquehanna Nuclear, LLC).

**Maryland Public Service Commission** (intervenor at FERC).

**Meisman, Garrett T.** (counsel for Susquehanna Nuclear, LLC).

**Michigan Electric Transmission Company, LLC** (intervenor at FERC) is a subsidiary of ITC Holdings Corp.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.** (counsel for Enchanted Rock, LLC).

**Monitoring Analytics, LLC** is the independent market monitor for PJM Interconnection, L.L.C.

**New Jersey Board of Public Utilities** (intervenor at FERC).

**New Jersey Division of Rate Counsel** (intervenor at FERC).
**New Fortress Energy Inc.** is a publicly traded global energy infrastructure company (NASDAQ: NFE).

**NextEra Energy, Inc.** is a publicly traded energy company (NYSE: NEE).

**NextEra Energy Resources, LLC** (intervenor at FERC) is a wholly owned subsidiary of NextEra Energy, Inc.

**Old Dominion Electric Cooperative** (intervenor at FERC) is not-for-profit electric cooperative owned by its member cooperatives.

**Orange** and **Rockland Utilities, Inc.** is a publicly traded electric and gas utility (NYSE:OUR).

**Organization of PJM States, Inc.** (intervenor at FERC) is a non-profit organization that acts as a liaison between the regulatory commissions of states in PJM Interconnection, L.L.C.'s service area and PJM Interconnection, L.L.C. itself.

**PacifiCorp** (intervenor at FERC) is an energy services provider owned by Berkshire Hathaway Energy Company, which is wholly owned by Berkshire Hathaway Inc.

**Paul Hastings LLP** (counsel for Cordelio Services LLC).

**Pennsylvania Public Utility Commission** (intervenor at FERC).

**PJM Interconnection, L.L.C.** (applicant at FERC) is a regional electric transmission organization that is not publicly traded.

**PPL Electric Utilities Corporation** (intervenor at FERC). PPL Electric is an electricity transmission and distribution service provider and is wholly owned by PPL Corporation, a publicly traded company (NYSE: PPL).

**PSEG Companies - Public Service Enterprise Group Inc.** ("PSEG") (intervenor at FERC) is a publicly traded energy company (NYSE:PEG).

**PSEG Energy Resources & Trade LLC** (intervenor at FERC) is a wholesale energy business that trades energy-related products and is wholly owned by Public Service Enterprise Group Inc.

**PSEG Power LLC** (intervenor at FERC) is an energy supply company wholly owned by Public Service Enterprise Group Inc.

**Public Citizen, Inc.** (intervenor at FERC) is a non-profit consumer advocacy organization.

**Public Service Commission of West Virginia** ("PSC") (intervenor at FERC). PSC is the regulatory agency for utilities doing business in the state of West Virginia.

**Public Service Electric and Gas Company** ("PSE&G"). PSE&G is a provider of electric and natural gas service and is wholly owned by Public Service Enterprise Group Inc. ("PSEG"), a publicly traded energy company (NYSE:PEG).

**Rockland Electric Company** is a subsidiary of Orange and Rockland Utilities, Inc., which in turn is a wholly owned subsidiary of Consolidated Edison, Inc.

**Rutgers, The State University** (intervenor at FERC).

**Scherman, William** (counsel for Susquehanna Nuclear, LLC).

**Solar Energy Industries Association** ("SEIA") (intervenor at FERC). SEIA is the non-profit national trade association for the solar and solar + storage industries.

**Southern Maryland Electric Cooperative, Inc.** ("SMECO") (intervenor at FERC). SMECO is a non-profit electric cooperative.

**Susquehanna Nuclear, LLC** ("Susquehanna") (Petitioner). Susquehanna is a Delaware LLC that owns a 90% interest in a nuclear-powered generating station in Pennsylvania. Susquehanna is owned by Talen Energy Supply, LLC.

**Talen Energy Corporation** (intervenor at FERC). Talen Energy Corporation is a publicly traded power company (NASDAQ:TLN).

**Talen Energy Supply, LLC** ("Talen Energy"). Talen Energy is a wholly owned subsidiary of Talen Energy Corporation.

**The People of the State of Illinois** (intervenor at FERC).

**Thompson Coburn LLP** (counsel for Allegheny Electric Cooperative, Inc. and Old Dominion Electric Cooperative).

**Troutman Pepper Hamilton Sanders LLP** (counsel for Crete Energy Venture, LLC and Lincoln Generating Facility, LLC).

**Vinson & Elkins LLP** (counsel for Susquehanna Nuclear, LLC).

**Vistra Corp.** (intervenor at FERC) is a publicly traded retail electricity and power generation company (NYSE:VST).

**Wilson Sonsini Goodrich & Rosati** (counsel for Constellation Energy Generation, LLC and Vistra Corp.).

**WIRES** (intervenor at FERC) is a non-profit trade association of investor-owned, publicly-, and cooperatively-owned transmission providers, transmission customers, regional grid managers, and equipment and service companies.

**Wright & Talisman** (counsel for PJM Interconnection, L.L.C.).

**Xcel Energy Inc.** is a publicly traded electric and natural gas delivery company (NASDAQ:XEL).

**Xcel Energy Services Inc.** (intervenor at FERC) is a subsidiary of Xcel Energy Inc.

*/s/ Stan Berman*
Stan Berman
Attorney of record for Exelon Corporation


*/s/ Marnie McCormick*
Marnie McCormick
Attorney of record for American Electric Power Services Corporation

Pursuant to Federal Rule of Appellate Procedure 27, Intervenors Exelon Corp. ("Exelon") and American Electric Power Service Corp. ("AEP") move to dismiss this proceeding for improper venue or to transfer it to either the DC Circuit Court of Appeals or Third Circuit Court of Appeals – the correct venues pursuant to the Federal Power Act ("FPA").[1]

Pursuant to Circuit Rule 27.4, Exelon and AEP advised the other parties of this motion.   Petitioner Susquehanna Nuclear LLC ("Susquehanna") indicated it opposes the motion and will file an opposition.   Respondent Federal Energy Regulatory Commission ("FERC" or "the Commission") indicated it takes no position on the motion at this time.   Intervenor Vistra Corp. indicated it takes no position on the motion at this time.  Intervenors PPL Electric Utilities Corp ("PPL"), and Maryland Office of People's Counsel indicated they take no position on the motion.

In support of this motion, Exelon and AEP state as follows:

## I.    INTRODUCTION

This proceeding involves two petitions for review challenging a series of orders in which the Commission rejected certain amendments to an interconnection service agreement ("ISA") concerning the use of transmission facilities owned by

---

[1] 16 U.S.C. § 791 *et seq.*

electric utility PPL and operated by an electric utility called PJM Interconnection LLC ("PJM"). The customer under the ISA at issue is a nuclear generating facility in Pennsylvania that is owned by Susquehanna. The nuclear facility interconnects with the portion of the interstate transmission grid owned by PPL and operated by PJM, and the ISA dictates the terms of the nuclear facility's use of the PPL-owned/PJM-operated grid.

The relationship of the parties is spelled out in the June 3, 2024 Application (Certified Record Index Item 1) that started this proceeding. As explained on page 1 of the Application, PJM is the "Transmission Provider", PPL is the "Interconnected Transmission Owner", and Susquehanna is the "Interconnection Customer". The November 1, 2024 FERC order in this proceeding, at Paragraph 1, likewise repeats these designations, explaining that Susquehanna is the "Interconnection Customer" on the grid owned by PPL with service provided by PJM. *PJM Interconnection LLC,* 189 FERC ¶ 61,078 (2024).

This Court is not a proper venue for this case. The FPA provides for judicial review of a FERC order only in the circuit where "the licensee or public utility to which the order relates is located or has its principal place of business," or in the D.C. Circuit. FPA Section 313, 16 U.S.C. § 825*l*(b). This case is about an agreement concerning the use of the grid owned by PPL and operated by PJM. The order relates to those utilities: PPL and PJM. PPL is a Pennsylvania corporation

with its principal place of business in Pennsylvania. PJM is a Delaware LLC with its principal place of business in Pennsylvania. As such, review of FERC's order can be had in PPL or PJM's home circuit—the Third Circuit—or in the D.C. Circuit, but not in this Court. This Court should dismiss the petition, or in the alternative, transfer it to a proper venue.

## II.    ARGUMENT

### A. This Petition was brought in the wrong venue.

Pursuant to Section 313(b) of the FPA, 16 U.S.C. 825*l*(b), review of FERC orders may proceed: "in the Circuit Court of Appeals of the United States for any circuit *wherein the licensee or public utility to which the order relates is located or has its principal place of business*, or in the United States Court of Appeals for the District of Columbia" (emphasis added). Here Susquehanna is the "interconnection customer" on the grid owned by PPL and operated by PJM. *See* June 3, 2024 Application at 1; November 1, 2024 Order at P 1. Venue is based on the location of the utility providing service – in this case, service is provided on facilities owned by PPL and operated by PJM. They are the utilities providing service here, to which the order relates. For venue purposes under the FPA, both PPL and PJM are in the Third Circuit. This action could proceed in the Third Circuit, or D.C. Circuit, but not in the Fifth Circuit.

3

The FPA is, for the purpose of appellate venue, the same as the parallel venue provision of the Natural Gas Act that has twice been examined by the U.S. Supreme Court. *See Federal Power Comm'n v. Texaco, Inc.*, 377 U.S. 33, 39 (1964) (explaining and applying Natural Gas Act section 19(b), 15 U.S.C. 717r(b), which was "derived" from its FPA counterpart enacted in 1935, 49 Stat. 803, 860); *Panhandle Eastern Pipe Line Co. v. Fed. Power Comm'n*, 324 U.S. 635, 638-39 (1945).[2]

This Court, in turn, addressed the issue of venue in *Georgia Pacific Corp. v. Federal Power Commission,* 512 F.2d 782 (5th Cir. 1975) (*Georgia-Pacific*). The *Georgia-Pacific* decision, relying on *FPC v. Texaco,* explained that where the utility is "located" for venue purposes is where the utility is incorporated. *Id.* at 782. The decision also explained that when the petition for review is brought by a "customer" of a utility, it is the location of the utility providing service, not the customer taking service, that matters for venue purposes. *Georgia-Pacific* at 782. Indeed, the Court explained, even where the "customer" is itself a utility in its own right, the customer's location is not relevant for venue. *Id.* (explaining that in a dispute about the operation of a gas pipeline company, Mississippi River Transmission Corp., it

---

[2] *See also Ark. La. Gas Co. v. Hall*, 453 U.S. 571, 577 n.7 (1981) (explaining that when the Natural Gas Act and Federal Power Act "are in all material respects substantially identical" the Court will apply "decisions interpreting … the two statutes" "interchangeably").

was the location of the pipeline owner, and not the location of "customer" Georgia-Pacific that was relevant to venue.)

This case concerns use of the transmission grid owned by PPL and operated by PJM. Susquehanna is a mere "Interconnection Customer" interconnecting with the grid. Under FPA 313(b) as interpreted in *Georgia-Pacific*, it is the location and principal place of business of PPL and PJM that is relevant for venue. PPL is incorporated in and has its principal place of business in Pennsylvania.[3] PJM is incorporated in Delaware and based in Pennsylvania.[4] Either way, venue could be appropriate in the Third Circuit, or D.C. Circuit, but there is no basis for venue in the Fifth Circuit.

**B. Susquehanna also operates out of Pennsylvania.**

Pursuant to Section 313(b) of the FPA, 16 U.S.C. 825*l*(b), Susquehanna is just the "customer" so its location is irrelevant, but even if it was the utility at issue,

---

[3] *Nat'l R.R. Passenger Corp. v. 4.0446 Acres More or Less of Land & Fixtures*, 574 F. Supp. 3d 304, 307 (E.D. Pa. 2021) ("PPL is a Pennsylvania corporation with its principal place of business at 2 North Ninth Street, Allentown, Pennsylvania 18101.").

[4] *See Am. Mun. Power, Inc. v. FERC*, 86 F.4th 922, 927 (D.C. Cir. 2023) (explaining that PJM "oversees [an] electric grid covering all or parts of thirteen Mid-Atlantic and Midwestern states and the District of Columbia"); *New Jersey Bd. of Public Utils. v. FERC*, 744 F.3d 74, 79 n.1 (3rd Cir. 2014) (noting U.S. Judicial Panel on Multidistrict Litigation consolidated cross-petition PJM filed concerning FERC order in D.C. Circuit with related petition in Third Circuit).

venue would still be inappropriate in the Fifth Circuit.  According to documents filed at the Nuclear Regulatory Commission, Susquehanna's principal place of business (like the nuclear unit it owns) is in Berwick, Pennsylvania.[5]  Susquehanna is incorporated in Delaware.  Because Susquehanna is incorporated in Delaware and maintains its principal place of business in Pennsylvania, there would be no basis for venue in this court, even if it was Susquehanna's location that was examined for venue purposes.[6]

## III.  CONCLUSION

The Court should dismiss this petition or transfer it to the Third or D.C. Circuit.

---

[5] *See, e.g.*, 2016 License Transfer application at NRC identifying location and principal place of business as Berwick Pennsylvania. https://www.nrc.gov/docs/ML1618/ML16181A415.pdf  *See also* 2023 Closing Notice at NRC identifying Susquehanna Nuclear LLC location and place of business as Berwick Pennsylvania.  https://www.nrc.gov/docs/ML2312/ML23128A317.pdf

[6] Susquehanna's parent Talen Energy is based in Texas.  But the location of the parent company of a customer has even less bearing for FPA venue than the location of the customer.

October 20, 2025                    Respectfully submitted,

                    /s/Marnie A. McCormick
                    Marnie A. McCormick
                    Duggins Wren Mann & Romero, LLP
                    600 Congress Ave., Ste. 2700 (78701)
                    P.O. Box 1149
                    Austin, Texas  78767-1149
                    Phone:  (512) 744-9300
                    Email:  mmccormick@dwmrlaw.com

                    *Attorney for Respondent-Intervenor*
                    *American Electric Power Service Corporation*

                    and

                    /s/Stan Berman
                    Stan Berman
                    Berman and Todderud LLP
                    3502 Fremont Avenue N.
                    Seattle, WA 98103
                    Phone: (206) 279-3193
                    Email: stan@btlawllp.com

                    *Attorney for Respondent-Intervenor*
                    *Exelon Corporation*

**CERTIFICATE OF SERVICE**

I certify that, on October 20, 2025, a true and correct copy of the foregoing

motion was filed with the Clerk of the United States Court of Appeals for the Fifth

Circuit via the Court's CM/ECF system, which will send notice of such filing to all

registered CM/ECF users.

Dated: October 20, 2025               */s/ Marnie A. McCormick*
                                      Marnie A. McCormick

**CERTIFICATE OF COMPLIANCE
WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS,
AND TYPE-STYLE REQUIREMENTS**

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 1,366 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

Dated:  October 20, 2025          */s/Marnie A. McCormick*
                                  Marnie A. McCormick
                                  Counsel for American Electric Power
                                  Service Corporation